# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    Scott D. Priebe

                        Debtor(s)

Case No.:  08 B 21535

Chapter:   13

Judge Bruce W. Black

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**   Glenn B. Stearns, Chapter 13 Trustee,  4343 Commerce Court, Suite 120, Lisle, IL 60532
       Scott D. Priebe, Debtor(s),  2568 Lyman Loop,  Yorkville,  IL  60560
       David Chang, Attorney for Debtor(s),  1305 Remington Road Suite C, Schaumburg, IL 60173

     You are hereby notified that LITTON LOAN SERVICING INC, has made post-petition advances of $50.00     in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

     You are hereby notified that debtor(s) is(are) due to LITTON LOAN SERVICING INC for the contractual mortgage payment due 11/01/10.  As of 10/12/10, Debtor owes for redeemed real estate taxes in the amount of $4,692.53.  As Debtor has failed to comply with the terms of the Chapter 13 plan as modified on 11/15/10, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

     Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 01/09/11, LITTON LOAN SERVICING INC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on December 10, 2010.

                                           /s/ Cari A. Kauffman
                                          Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778

**Codilis & Associates, P.C.**
 15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
 (630) 794-5300
**C&A FILE ( 14-08-20861)**

 NOTE: This law firm is deemed to be a debt collector.